IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mckinzie, Desaree

Printed: 9/23/08

Case Number: 05 B 62296
Judge: Hollis, Pamela S
Filed: 11/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 9, 2008
Confirmed: February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,168.66 |  |
| Secured: |  | 1,074.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,927.88 |
| Trustee Fee: |  | 166.40 |
| Other Funds: |  | 0.02 |
| Totals: | 3,168.66 | 3,168.66 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,205.20 | 1,927.88 |
| 2. | Triad Financial Services | Secured | 8,048.52 | 1,074.36 |
| 3. | Internal Revenue Service | Priority | 599.82 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 57.81 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 1,708.74 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 4,997.68 | 0.00 |
| 7. | U.S. Department Of Education | Unsecured | 3,752.21 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 4,826.30 | 0.00 |
| 9. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 10. | Blatt Hasenmiller Leisker | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,196.28 | $ 3,002.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 102.17 |
| 5% | 32.55 |
| 4.8% | 31.68 |
|  | $ 166.40 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mckinzie, Desaree | Case Number: 05 B 62296 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 11/15/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

